COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-18-00729-CV

Style:     In the Interest of R.J., Jr., A Child

Date motions filed[*]:     January 2, 2019

Type of motions:     Motion to Withdraw as Attorney of Record on Appeal

Party filing motions:     Appellant E.M.'s Appointed Counsel, Farrah F. Harper

Document to be filed:     N/A

Ordered that motion is:

     ☐ Granted

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other:   Counsel's motion to withdraw states that "[t]his Court requires the filing of a Motion to Withdraw upon the filing of a brief." However, a motion to withdraw by appointed counsel is generally required only when accompanying an *Anders* brief and here, the amended brief was not an *Anders* brief. *See In the Interest of P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (holding that right to counsel in termination appeals includes filing of petition for review and, thus, "an *Anders* motion to withdraw brought in the court of appeals, in the absence of additional grounds for withdrawal, may be premature") (citing *Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967)); *see also In the Interest of A.M.*, 495 S.W.3d 573, 582 (Tex. App.—Houston [1st Dist.] 2016, pet. denied) (denying motion to withdraw after affirming termination in *Anders* case). Accordingly, counsel's motion is **denied**.

Judge's signature: _/s/ Laura Carter Higley_____

              ☒ Acting individually    ☐ Acting for the Court

Date: ____January 10, 2019_____